

ELECTRONICALLY FILED
10/10/2013 2:42 PM
43-CV-2013-900567.00
CIRCUIT COURT OF
LEE COUNTY, ALABAMA
MARY B. ROBERSON, CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY OF ALABAMA

| | |
|---|---|
| JANE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV-13- |
| vs. ) | |
| ) | |
| ) | |
| BLUE CROSS BLUE SHIELD ) | |
| OF GEORGIA d/b/a GREATER ) | |
| GEORGIA LIFE INSURANCE COMPANY; ) | |
| and Fictitious Defendants "A", "B", ) | |
| "C", "D", "E", and "F", whether ) | |
| singular or plural, are those other ) | |
| persons, corporations, firms or other ) | |
| entities whose wrongful conduct caused ) | |
| or contributed to cause the injuries and ) | |
| damages to Plaintiffs, all of whose true ) | |
| and correct names are unknown to ) | |
| Plaintiffs at this time, but will be ) | |
| substituted by amendment when ) | |
| ascertained, ) | |
| ) | |
| Defendants. ) | |

### COMPLAINT

#### Statement of the Parties

1. Plaintiff Jane Lewis is over the age of 19 years and is a resident citizen of Lee County, Alabama.

2. Defendant Blue Cross Blue Shield of Georgia d/b/a Greater Georgia Life Insurance Company is a foreign corporation doing business by agent in Lee County, Alabama.

3. Fictitious Defendants "A", "B", "C", "D", "E" and "F", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiff, all of whose

true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

## STATEMENT OF THE FACTS

4.  In the latter part of 2007, Plaintiff purchased two individual insurance policies from the Defendant for both herself and her husband and paid the necessary premiums for said insurance policies via personal check to keep them in force.

5.  In December of 2012, Plaintiff's husband had a severe stroke, was hospitalized and later died on May 18, 2013. Plaintiff made a claim for insurance benefits but her claim for benefits was denied. Defendant subsequently notified the Plaintiff that the insurance policies would not be renewed.

6.  As a result, Defendant has breached its insurance contract with the Plaintiff and has caused Plaintiff injury and damage.

WHEREFORE, Plaintiff demands judgment against Defendant in such an amount of compensatory damages as a jury deems reasonable and may award, plus costs.

## JURY DEMAND

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY
ON ALL ISSUES OF THIS CAUSE.**

_//Christopher E. Sanspree//_
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

//Mr. Will O. (Trip) Walton, III//
WALTON LAW FIRM, P.C.
Attorney for Plaintiff
1710 Catherine Court
Suite B
Auburn, Alabama 36830