```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


JANE LEWIS,                        )
                                   )
     Plaintiff,                    )
                                   )      CIVIL ACTION NO.
     v.                            )        3:14cv316-MHT
                                   )            (WO)
BLUE CROSS BLUE SHIELD             )
OF GEORGIA d/b/a Greater           )
Georgia Life Insurance             )
Company, and ESG                   )
OPERATIONS, INC.,                  )
                                   )
     Defendants.                   )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 17), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 13th day of April, 2015.

                      /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**